**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

In re:                                          )
BARNES, JOHN PAUL EDWARD         )         Case Number 14-81453
    Debtor.                                )         (Chapter 13)
                                                )

## CHAPTER 13 PLAN

1.      The Debtor proposes to pay the Trustee appointed by this Court the following amount until all of his creditors whose claims are filed and allowed have been paid in accordance with this plan:  $260.00 per month for the first (1st) month through the twentieth (20th) month; then an increase to $372.00 per month for the twenty-first (21st) month through the forty-eighth (48th) month; then an increase to $478.00 per month for the forty-ninth (49th) month through the sixtieth (60th) month.  This Plan is for exactly sixty (60) months.

2.      The Debtor proposes to have the Trustee pay the following secured and priority creditors, pro rata to the extent listed:

    A.      JPMorgan Chase Home Finance to be paid $15,500.00 for the arrearage, late fees, costs, and attorney's fees on the Mortgage which are due as pre-petition fees and costs at the time of filing of the Bankruptcy secured by the property located at 1011 Sunset Drive, Henry, Illinois.

3.      After the above secured and priority creditors have been paid the value of their security, then all unsecured creditors, including the unsecured portion of a secured creditor's claims, shall be paid pro rata from funds remaining after payment of the above-scheduled claims.

4.      The Debtor shall pay the following creditors outside the plan and said payments have been provided for in the Debtor's monthly budget:

A.      JPMorgan Chase Home Finance to be paid 100% at contract interest secured by the Mortgage for the property located at 1011 Sunset Drive, Henry, Illinois.

5.      The Debtor proposes to avoid the non-purchase money security interests held by the following creditors in his household goods and furnishings:  NONE.

6.      The Debtor hereby assumes the following unexpired leases and executory contracts and rejects all others:  NONE.

7.      The secured creditors shall retain their liens upon their collateral until they have been paid the value of said property.

8.      The Trustee shall pay to the Debtor's attorney the sum of $3,500.00 for attorney's fees, payable as ordered by the court.

9.      No interest, service or late charges shall be allowed upon unsecured claims nor upon an undersecured creditor's claim unless otherwise provided.

10.     Debtor estimates that unsecured creditors will receive zero percent (0%) of his allowed claims.

JOHN PAUL EDWARD BARNES

By:      */s/ Spencer Lee Daniels*
         His Attorney

Spencer Lee Daniels, Esq.
Attorney at Law
411 Hamilton Boulevard, Suite 1500
Peoria, Illinois 61602
(309) 673-1400