## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

In re:                                    )
BARNES, JOHN PAUL EDWARD                  )    Case Number 14-81453
    Debtor.                               )    (Chapter 13)
                                          )

### MOTION TO ALLOW DEBTOR TO MODIFY MORTGAGE LOAN

NOW COMES the Debtor, JOHN PAUL EDWARD BARNES, by and through his Attorney, SPENCER LEE DANIELS, and for his Motion to Allow Debtor to Modify Mortgage Loan states as follows:

1. That the Debtor has a substantial arrearage due on the mortgage loan with JPMorgan Chase Home Finance secured by his property located at 1011 Sunset Drive, Henry, Illinois.

2. That this Motion is only for the purpose to allow the Debtor to attempt to modify said loan with the permission of the Court for JPMorgan Chase Home Finance.

WHEREFORE, the Debtor requests this Court to grant said Motion to allow him to modify his current mortgage loan with JPMorgan Chase Home Finance.

                Respectfully submitted,

By:  */s/ Spencer Lee Daniels*
     His Attorney

SPENCER LEE DANIELS, ESQ.
Attorney at Law
411 Hamilton Boulevard, Suite 1500
Peoria, Illinois 61602
Telephone: (309) 673-1400

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the above document was sent via Electronic Mail to the following on the 15th day of August, 2014:

United States Trustee, 401 Main Street, Suite 1100, Peoria, Illinois 61602

Michael Clark, Trustee, 401 Main Street, Suite 940, Peoria, Illinois 61602

The undersigned hereby certifies that a copy of the above document was sent via First Class Mail, postage prepaid, to the following on the 15th day of August, 2014:

JPMorgan Chase Home Finance, 343 Thornall Street, Edison, New Jersey 08837

JPMorgan Chase Home Finance, c/o Manley Deas Kochalski LLC, One East Wacker, Suite 1250, Chicago, Illinois 60601

/s/ *Jessica A. Ekena*
Jessica A. Ekena, Legal Assistant

SPENCER LEE DANIELS, ESQ.
Attorney at Law
411 Hamilton Boulevard, Suite 1500
Peoria, Illinois 61602
Telephone: (309) 673-1400