**IT IS SO ORDERED.**

**SIGNED THIS: August 15, 2014**

_____
**Thomas L. Perkins
United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | |
| BARNES, JOHN PAUL EDWARD | ) | Case Number 14-81453 |
|     Debtor. | ) | (Chapter 13) |
| | ) | |

**ORDER**

THIS CAUSE coming on pursuant to the Debtor's Motion to Allow Debtor to Modify Mortgage Loan and the Court being fully advised on the premises, ORDERS AS FOLLOWS:

1. The Debtor's Motion to Allow Debtor to Modify Mortgage Loan is allowed.

2. The Debtor is allowed to work with JPMorgan Chase Home Finance and enter into a loan modification with regard to his mortgage account.

# # #